UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAYMUNDO O. RAMIREZ, | Case No. 5:25-cv-00951 RGK (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| WARDEN TRISTAN LEMON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Petitioner's Request to Stay (Dkt. No. 11), Respondent's Opposition to Petitioner's Request to Stay (Dkt. No. 16), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 18).  No objections have been filed, and the deadline to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.  The Report and Recommendation is accepted (Dkt. No. 18);

2.  The Request to Stay is denied;

3.  This action is dismissed;

4.  The Certificate of Appealability is denied; and

5.  Judgment is to be entered accordingly.


DATED:   **4/1/2026**

_____

THE HONORABLE R. GARY KLAUSNER
United States District Judge

2