**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMUNDO O. RAMIREZ,

              Petitioner,

              v.

WARDEN TRISTAN LEMON,

              Respondent.

Case No. 5:25-cv-00951 RGK (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the action dismissed.

DATED:   4/1/2026

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge